# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Erica Heckle, | |
| Plaintiff, | Case No.  7:21-cv-1463 VB |
| v. | |
| Matrix Absence Management, Inc., | |
| Defendant. | |

## NOTICE OF JOINT MOTION FOR FINAL
## APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and attached declarations and exhibits, Plaintiff and Defendant jointly move this Court for an Order approving as final the Parties' Class Action Settlement. Specifically, the Parties jointly request that this Court enter the Order attached to the Memorandum of Law as Exhibit 1 and: (1) grant final approval of the Settlement reached by the Parties, embodied in their Settlement Agreement (Dkt. 78-1), as fair, reasonable and adequate; (2) approve the Service Payment to Plaintiff Heckle in the amount of $15,000.00 as set forth in the Settlement Agreement (Dkt. 78-1, ¶ 11.5); (3) approve an award of attorneys' fees in the amount of $1,416,666.67, and expenses equaling $23,917.47, as set forth in the Settlement Agreement (Dkt. 78-1, ¶¶ 11.2, 11.4) and as supported by Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Expenses filed contemporaneously herewith; (4) approve payment of settlement administration costs to the Settlement Administrator in an amount up to $9,600.00; (5) approve payment of an additional $31,178.56 in backpay and liquidated damages to the three self-reporting individuals who were not on the original Class List; (6) enter judgment dismissing this action with prejudice in accordance with the Settlement Agreement (Dkt. 78-1, ¶ 15.1); and (7) retain jurisdiction over the interpretation and implementation of the

Settlement Agreement, as well as any and all matters arising out of, or related to, the interpretation

or implementation of the Settlement Agreement (Dkt. 78-1, ¶ 16.1).

Dated: October 12, 2023                                    Respectfully submitted,

*/s/ Molly A. Elkin*
Molly A. Elkin
Sarah M. Block
McGillivary Steele Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC  20005
Tel.: (202) 833-8855
mae@mselaborlaw.com
smb@mselaborlaw.com

Travis M. Hedgpeth
The Hedgpeth Law Firm, PC
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Tele.: (281) 572-0727
travis@hedgpethlaw.com

Jack Siegel
Siegel Law Group PLLC
5706 E Mockingbird Lane, Suite 115
Dallas, Texas 75206
Tel.: (214) 790-4454
jack@siegellawgroup.biz

*Counsel for Plaintiff and the Class*

*/s/ Evan B. Citron*
Evan B. Citron
Jamie Haar
Ogletree, Deakins, Nash, Smoak
        & Stewart, P.C.
599 Lexington Ave., 17th Floor
New York, NY 10022
Phone: (212) 492-2068
evan.citron@ogletreedeakins.com
jamie.haar@ogletreedeakins.com

*Counsel for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that, on October 12, 2023, the foregoing document and exhibits were filed with the Court through the Court's CM/ECF filing system, which will serve copies all Counsel of Record who have entered appearances in this matter.

*/s/ Molly A. Elkin*
Molly A. Elkin