UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Heckle, | |
|     Plaintiff, | Case No.  7:21-cv-1463 VB |
| v. | |
| Matrix Absence Management, Inc., | |
|     Defendant. | |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR
APPROVAL OF ATTORNEYS' FEES AND EXPENSES**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and the attached exhibit, the Second Declaration of Molly A. Elkin, Plaintiff moves this Court for an Order awarding attorneys' fees to Class Counsel in the amount of $1,416,666.67 (equaling one-third of the settlement fund) and expenses in the amount of $23,917.47, as set forth in the Parties' Settlement Agreement (Dkt. 78-1). As set forth in the accompanying Memorandum of Law, the fees requested pursuant to the Settlement Agreement are reasonable and in line with other common fund fee awards in the Second Circuit. Similarly, the expenses sought were necessarily incurred in the prosecution of this litigation. The Defendant does not oppose the relief sought herein. Thus, Plaintiff respectfully requests that this Court grant this Motion as a part of its Order granting final approval of the Settlement Agreement.

Dated: October 12, 2023                    Respectfully submitted,

                                                           */s/ Molly A. Elkin*
                                                           Molly A. Elkin
                                                           Sarah M. Block
                                                           McGillivary Steele Elkin LLP
                                                           1101 Vermont Ave., N.W., Suite 1000
                                                           Washington, DC  20005
                                                           Tel.: (202) 833-8855

        Fax: (202) 452-1090
mae@mselaborlaw.com
smb@mselaborlaw.com

Travis M. Hedgpeth
Texas Bar No. 24074386
THE HEDGPETH LAW FIRM, PC
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Tele.: (281) 572-0727
travis@hedgpethlaw.com

Jack Siegel
Texas Bar No. 24070621
SIEGEL LAW GROUP PLLC
5706 E Mockingbird Lane, Suite 115
Dallas, Texas 75206
Tel.: (214) 790-4454
jack@siegellawgroup.biz

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

This is to certify that, on October 12, 2023, the foregoing document and exhibits were filed with the Court through the Court's CM/ECF filing system, which will serve copies all Counsel of Record who have entered appearances in this matter.

        */s/ Molly A. Elkin*
        Molly A. Elkin