UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Heckle,<br><br>                    Plaintiff,<br><br>v.<br><br>Matrix Absence Management, Inc.,<br><br>                    Defendant. | Case No.  7:21-cv-1463 VB<br><br><br><br>10/19/23 |

### ORDER

Upon review of the Joint Motion for Final Approval of Class Action Settlement and accompanying Memorandum of Law and exhibits, it is hereby ORDERED:

(1)     the Settlement reached by the Parties, embodied in their Settlement Agreement (Dkt. 78-1), is fair, reasonable and adequate and is approved as final;

(2)     the Service Payment to Plaintiff Heckle in the amount of $15,000.00 as set forth in the Settlement Agreement (Dkt. 78-1, ¶ 11.5) is approved;

(3)     an award of attorneys' fees in the amount of $1,416,666.67, and expenses equaling $23,917.47, as set forth in the Settlement Agreement (Dkt. 78-1, ¶¶ 11.2, 11.4) and as supported by Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Expenses (Dkt. 83) is approved;

(4)     payment of settlement administration costs to the Settlement Administrator, Rust Consultig Inc., in an amount up to $9,600.00 is approved;

(5)     payment of an additional $31,178.56 in backpay and liquidated damages to the three self-reporting individuals who were not on the original Class List is approved;

(6)  this action is hereby dismissed with prejudice in accordance with the Settlement Agreement (Dkt. 78-1, ¶ 15.1); and

(7)  this Court will retain jurisdiction over the interpretation and implementation of the Settlement Agreement, as well as any and all matters arising out of, or related to, the interpretation or implementation of the Settlement Agreement (Dkt. 78-1, ¶ 16.1).

Dated: October 19, 2023

Vincent L. Briccetti
U.S. District Judge

→ The Clerk is instructed to close this case.